UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.N.B.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | Case No. 5:21-cv-00734-DOC-SHK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' Joint Stipulation, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered **REVERSING** the final decision of the Commissioner of the Social Security Administration and **REMANDING** the case for further administrative proceedings.

DATED: 08/04/2022

　　　　　　　　　　　　　　　　　　*David O. Carter*
　　　　　　　　　　　　　　　　HONORABLE DAVID O. CARTER
　　　　　　　　　　　　　　　　United States District Judge